Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16–17897–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  David R Racioppi
  6 Irene Court
  Edison, NJ 08820

Social Security No.:
  xxx–xx–0587

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 23, 2017.

On February 22, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                         March 27, 2018
Time:                         10:00 AM
Location:                   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
    a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
    of a secure claim, such holders acceptance or rejection of the Plan before modification will
    be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
    holders acceptance or rejection of the Plan within the time fixed.

3.  **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
    the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 26, 2018
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-17897-MBK
David R Racioppi                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Feb 26, 2018
                             Form ID: 185          Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2018.
db            +David R Racioppi,   6 Irene Court,   Edison, NJ 08820-1024
cr            +Specialized Loan Servicing LLC as servicing agent,   P. O. Box 9013,   Addison, TX 75001-9013
516136377     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court:  American Honda Finance,   201 Little Falls Dr,
               Wilmington, DE 19808)
516136381     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,   Po Box 982238,   El Paso, TX 79998)
516136379     #+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516136385     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
516136384     +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
516136388     +Chase Card Services,   Po Box 15298,   Wilmington, DE 19850-5298
516136386     +Chase Card Services,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
516136390     +Chase Mtg,   Po Box 24696,   Columbus, OH 43224-0696
516136393      Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
516136394     +Experian,   475 Anton Blvd,   Costa Mesa, CA 92626-7037
516136397     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Credit,   National Bankrupcy Service Center,   Po Box 62180,
               Colorado Springs, CO 80962)
516136395      Firts Premier Bank,   601 S Minneapolis Ave,   Sioux Falls, SD 57104
516136396     +Firts Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
516136398     +Ford Credit,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
516136403      M&t Credit Services Ll,   1100 Worley Drive,   Consumer Asset Management 2nd Floor/Attn,
               Williamsville, NY 14221
516136405     +Middlesex County Sheriff's Office,   701 Livingston Ave.,   P.O. Box 1188,
               New Brunswick, NJ 08903-1188
516136407      Pluese, Becker & Saltzman,   200000 Horizon Way,   Suite 900,   Mount Laurel, NJ 08054
516257352     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,   Division of Taxation,   P.O. Box 245,
               Trenton, NJ 08695-0245)
516136409     +Specialized Loan Servicing/SLS,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO 80129-2386
516136408     +Specialized Loan Servicing/SLS,   Attn: Bankruptcy,   Po Box 636005,   Littleton, CO 80163-6005
516136410     +State of New Jeresy Division of Taxation,   Revenue Processing Center,   PO Box 111,
               Trenton, NJ 08645-0111
516136413      TransUnion,   P.O. Box 2000,   Crum Lynne, PA 19022
516378603     +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516136415     #+Verizon,   Po Box 49,   Lakeland, FL 33802-0049
516136414     +Verizon,   500 Technology Dr,   Suite 500,   Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 26 2018 23:23:47     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 26 2018 23:23:46     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr             E-mail/Text: cio.bncmail@irs.gov Feb 26 2018 23:23:36     IRS Department of Treasury,
               955 S. Springfield Ave,   Bldg A,   Springfield, NJ  07081
516136375      E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 26 2018 23:23:51     American Honda Finance,
               Po Box 168088,   Irving, TX 75016
516136371     +E-mail/Text: ally@ebn.phinsolutions.com Feb 26 2018 23:23:31     Ally Financial,
               Po Box 380901,   Bloomington, MN 55438-0901
516136374     +E-mail/Text: ally@ebn.phinsolutions.com Feb 26 2018 23:23:31     Ally Financial,
               200 Renaissance Ctr,   Detroit, MI 48243-1300
516136392      E-mail/Text: mrdiscen@discover.com Feb 26 2018 23:23:31     Discover Financial,   Po Box15316,
               Wilmington, DE 19850
516136391     +E-mail/Text: mrdiscen@discover.com Feb 26 2018 23:23:31     Discover Financial,
               Attn: Bankruptcy,   Po Box 3025,   New Albany, OH 43054-3025
516136399     +E-mail/Text: ally@ebn.phinsolutions.com Feb 26 2018 23:23:31     G M A C,   Po Box 105677,
               Atlanta, GA 30348-5677
516136401     +E-mail/Text: ally@ebn.phinsolutions.com Feb 26 2018 23:23:31     Gmac,   P.o. Box 380901,
               Bloomington, MN 55438-0901
516136404     +E-mail/Text: camanagement@mtb.com Feb 26 2018 23:23:42     M&t Credit Services Ll,
               1100 Wehrle Drive,   Williamsville, NY 14221-7748
516136406     +E-mail/Text: bankruptcy@onlineis.com Feb 26 2018 23:23:57     Online Collections,   Po Box 1489,
               Winterville, NC 28590-1489
516366056      E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38     Synchrony Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
516136412     +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38     Synchrony Bank/Care Credit,
               950 Forrer Blvd,   Kettering, OH 45420-1469
516136411     +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38     Synchrony Bank/Care Credit,
               Attn: bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104

District/off: 0312-3          User: admin           Page 2 of 2              Date Rcvd: Feb 26, 2018
                             Form ID: 185            Total Noticed: 44

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516136417      +E-mail/Text: vci.bkcy@vwcredit.com Feb 26 2018 23:23:50      Volkswagen Credit, Inc,
                1401 Franklin Blvd,   Libertyville, IL 60048-4460
516136416      +E-mail/Text: vci.bkcy@vwcredit.com Feb 26 2018 23:23:50      Volkswagen Credit, Inc,   Po Box 3,
                Hillsboro, OR 97123-0003
                                                                            TOTAL: 17


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516136378*     ++AMERICAN HONDA FINANCE,   P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:  American Honda Finance,    201 Little Falls Dr,
                Wilmington, DE 19808)
516136376*     ++AMERICAN HONDA FINANCE,   P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:  American Honda Finance,    Po Box 168088,   Irving, TX 75016)
516136373*     +Ally Financial,   P O Box 380901,   Bloomington, MN 55438-0901
516136372*     +Ally Financial,   Po Box 380901,   Bloomington, MN 55438-0901
516136382*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,    Po Box 982238,   El Paso, TX 79998)
516136380*     +Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516136387*     +Chase Card Services,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
516136389*     +Chase Card Services,   Po Box 15298,   Wilmington, DE 19850-5298
516136400*     +G M A C,   Po Box 105677,   Atlanta, GA 30348-5677
516136402*      Internal Revenue Service (IRS),   Department of Treasury,   P.O. Box  7346,
                Philadelphia, PA 19101-7346
516501948*     +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516831254*     +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516136383      ##+Capital One,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3438
                                                                    TOTALS: 0, * 12, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:
         Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
         Albert  Russo   docs@russotrustee.com
         Denise E. Carlon   on behalf of Creditor   Specialized Loan Servicing LLC, as servicer for
          Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates Series 2005-HE3, U.S.
          Bank National Association, as Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Francesca Ann Arcure   on behalf of Creditor   Specialized Loan Servicing LLC as servicing agent
          for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates Series 2005-HE3,
          U.S. Bank National Association, as Trustee nj_ecf_notices@buckleymadole.com,
          NJ_ECF_Notices@McCalla.com
         Justin M Gillman   on behalf of Debtor David R Racioppi abgillman@optonline.net,
          r47252@notify.bestcase.com
                                                                    TOTAL: 5