Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.



Order Filed on July 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>David Racioppi<br><br><br>Debtor(s). | Chapter:    13<br><br>Case No.:    16-17897<br><br>Hearing Date: May 1, 2018<br><br>Judge: Hon. Michael B. Kaplan, U.S.B.J. |

### AMENDED ORDER ON DEBTOR'S MOTION TO FIX MORTGAGE PAYOFF AMOUNT AND FOR OTHER RELATED RELIEF

The relief set forth on the following pages, numbers two (2) through two (2) is hereby

ORDERED.

**DATED: July 18, 2018**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

In Re: David Racioppi
Case No.: 16-17897

THIS MATTER having come before the Court by way of the Debtor's Motion to Fix Mortgage Payoff Amount to Specialized Loan Servicing, LLC on behalf of U.S. Bank National Association as Trustee for Citi Group Mortgage Loan Trust, Inc., Asset Back Past Through Certificate Series 2005-HE3; Justin M. Gillman, Esq., appearing for the Debtor; and Notice of the within Motion having been given and Parties having been given timely Notice of the motion, and the Court having considered the submissions to it; and for Good Cause Shown;

WHEREAS Specialized Loan Servicing, LLC filed a secured claim on behalf of U.S. Bank National Association as Trustee for Citi Group Mortgage Loan Trust, Inc., Asset Back Past Through Certificate Series 2005-HE3 (Claim No. 5);

IT IS ORDERED as follows:

1.	THAT Specialized Loan Servicing, LLC, acknowledges that the Debtor, through the Debtor's family, has made a payment in an amount sufficient to payoff the mortgage in full which was the subject of the Proof of Claim filed in this case.

2.	THAT Specialized Loan Servicing, LLC shall file an Amended Proof of Claim in the amount of $4,411.09, reflecting the funds paid by the Trustee prior to pay off, reflecting that the loan has been paid in full outside of the plan.

3.	THAT Specialized Loan Servicing, LLC shall provide a Mortgage endorsed for cancellation and withdraw any Lis Pendens filed in the subject foreclosure case.

4.	THAT the Debtor shall confirm a Modified Plan proposing to payoff a 100% dividend to general unsecured creditors filing allowed claims.