Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.

**Order Filed on July 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>David Racioppi<br><br><br>           Debtor(s). | Chapter:     13<br><br>Case No.:   16-17897<br><br>Hearing Date: May 1, 2018<br><br>Judge: Hon. Michael B. Kaplan, U.S.B.J. |

### AMENDED ORDER ON DEBTOR'S MOTION TO FIX MORTGAGE PAYOFF AMOUNT AND FOR OTHER RELATED RELIEF

The relief set forth on the following pages, numbers two (2) through two (2) is hereby

ORDERED.

**DATED: July 18, 2018**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

In Re: David Racioppi
Case No.: 16-17897

THIS MATTER having come before the Court by way of the Debtor's Motion to Fix Mortgage Payoff Amount to Specialized Loan Servicing, LLC on behalf of U.S. Bank National Association as Trustee for Citi Group Mortgage Loan Trust, Inc., Asset Back Past Through Certificate Series 2005-HE3; Justin M. Gillman, Esq., appearing for the Debtor; and Notice of the within Motion having been given and Parties having been given timely Notice of the motion, and the Court having considered the submissions to it; and for Good Cause Shown;

WHEREAS Specialized Loan Servicing, LLC filed a secured claim on behalf of U.S. Bank National Association as Trustee for Citi Group Mortgage Loan Trust, Inc., Asset Back Past Through Certificate Series 2005-HE3 (Claim No. 5);

IT IS ORDERED as follows:

1.      THAT Specialized Loan Servicing, LLC, acknowledges that the Debtor, through the Debtor's family, has made a payment in an amount sufficient to payoff the mortgage in full which was the subject of the Proof of Claim filed in this case.

2.      THAT Specialized Loan Servicing, LLC shall file an Amended Proof of Claim in the amount of $4,411.09, reflecting the funds paid by the Trustee prior to pay off, reflecting that the loan has been paid in full outside of the plan.

3.      THAT Specialized Loan Servicing, LLC shall provide a Mortgage endorsed for cancellation and withdraw any Lis Pendens filed in the subject foreclosure case.

4.      THAT the Debtor shall confirm a Modified Plan proposing to payoff a 100% dividend to general unsecured creditors filing allowed claims.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-17897-MBK
David R Racioppi                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 1            Date Rcvd: Jul 18, 2018
               Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db             +David R Racioppi,   6 Irene Court,   Edison, NJ 08820-1024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
     Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
     Albert  Russo    docs@russotrustee.com
     Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
      Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates Series 2005-HE3, U.S.
      Bank National Association, as Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
     Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
      for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates Series 2005-HE3,
      U.S. Bank National Association, as Trustee NJ_ECF_Notices@McCalla.com,
      NJ_ECF_Notices@McCalla.com
     Justin M Gillman    on behalf of Debtor David R Racioppi abgillman@optonline.net,
      r47252@notify.bestcase.com
                                                     TOTAL: 5