**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David R Racioppi | Social Security number or ITIN  xxx–xx–0587 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–17897–MBK | |

# Order of Discharge                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David R Racioppi

8/9/19                                                **By the court:** Michael B. Kaplan
                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
David R Racioppi
    Debtor

Case No. 16-17897-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Aug 09, 2019
                  Form ID: 3180W     Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2019.

```
db            +David R Racioppi,   6 Irene Court,   Edison, NJ 08820-1024
cr            +Specialized Loan Servicing LLC as servicing agent,    P. O. Box 9013,    Addison, TX 75001-9013
516136377    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
              (address filed with court:  American Honda Finance,    201 Little Falls Dr,
                Wilmington, DE 19808)
516136390     +Chase Mtg,   Po Box 24696,   Columbus, OH 43224-0696
516136393      Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
516136394     +Experian,   475 Anton Blvd,   Costa Mesa, CA 92626-7037
516136395      Firts Premier Bank,   601 S Minneapolis Ave,   Sioux Falls, SD 57104
516136396     +Firts Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
516136398     +Ford Credit,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
516136403      M&t Credit Services Ll,   1100 Worley Drive,   Consumer Asset Management 2nd Floor/Attn,
                Williamsville, NY 14221
516136405     +Middlesex County Sheriff's Office,   701 Livingston Ave.,   P.O. Box 1188,
                New Brunswick, NJ 08903-1188
516136407      Pluese, Becker & Saltzman,   200000 Horizon Way,   Suite 900,   Mount Laurel, NJ 08054
516257352    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,   Division of Taxation,   P.O. Box 245,
                Trenton, NJ 08695-0245)
516136408     +Specialized Loan Servicing/SLS,   Attn: Bankruptcy,   Po Box 636005,   Littleton, CO 80163-6005
516136409     +Specialized Loan Servicing/SLS,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO 80129-2386
516136410     +State of New Jeresy Division of Taxation,   Revenue Processing Center,   PO Box 111,
                Trenton, NJ 08645-0111
516136413      TransUnion,   P.O. Box 2000,   Crum Lynne, PA 19022
516378603     +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2019 01:15:54     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2019 01:15:49     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             EDI: IRS.COM Aug 10 2019 04:43:00     IRS Department of Treasury,   955 S. Springfield Ave,
                Bldg A,   Springfield, NJ  07081
516136375      EDI: HNDA.COM Aug 10 2019 04:43:00     American Honda Finance,   Po Box 168088,
                Irving, TX 75016
516136371     +EDI: GMACFS.COM Aug 10 2019 04:43:00     Ally Financial,   Po Box 380901,
                Bloomington, MN 55438-0901
516136374     +EDI: GMACFS.COM Aug 10 2019 04:43:00     Ally Financial,   200 Renaissance Ctr,
                Detroit, MI 48243-1300
516136381      EDI: BANKAMER.COM Aug 10 2019 04:43:00     Bank Of America,   Po Box 982238,
                El Paso, TX 79998
516136379     +EDI: BANKAMER.COM Aug 10 2019 04:43:00     Bank Of America,   Nc4-105-03-14,   Po Box 26012,
                Greensboro, NC 27420-6012
516136385      EDI: CAPITALONE.COM Aug 10 2019 04:43:00     Capital One,   15000 Capital One Dr,
                Richmond, VA 23238
516136383     +EDI: CAPITALONE.COM Aug 10 2019 04:43:00     Capital One,   26525 N Riverwoods Blvd,
                Mettawa, IL 60045-3438
516136384     +EDI: CAPITALONE.COM Aug 10 2019 04:43:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
                Salt Lake City, UT 84130-0285
516136386     +EDI: CHASE.COM Aug 10 2019 04:43:00     Chase Card Services,   Attn: Correspondence Dept,
                Po Box 15298,   Wilmington, DE 19850-5298
516136388     +EDI: CHASE.COM Aug 10 2019 04:43:00     Chase Card Services,   Po Box 15298,
                Wilmington, DE 19850-5298
516136392      EDI: DISCOVER.COM Aug 10 2019 04:43:00     Discover Financial,   Po Box15316,
                Wilmington, DE 19850
516136391     +EDI: DISCOVER.COM Aug 10 2019 04:43:00     Discover Financial,   Attn: Bankruptcy,
                Po Box 3025,   New Albany, OH 43054-3025
516136397      EDI: FORD.COM Aug 10 2019 04:43:00     Ford Credit,   National Bankrupcy Service Center,
                Po Box 62180,   Colorado Springs, CO 80962
516136399     +EDI: GMACFS.COM Aug 10 2019 04:43:00     G M A C,   Po Box 105677,   Atlanta, GA 30348-5677
516136401     +EDI: GMACFS.COM Aug 10 2019 04:43:00     Gmac,   P.o. Box 380901,   Bloomington, MN 55438-0901
516136404     +E-mail/Text: camanagement@mtb.com Aug 10 2019 01:15:20     M&t Credit Services Ll,
                1100 Wehrle Drive,   Williamsville, NY 14221-7748
516136406     +E-mail/Text: bankruptcy@onlineis.com Aug 10 2019 01:16:28     Online Collections,   Po Box 1489,
                Winterville, NC 28590-1489
516366056      EDI: RMSC.COM Aug 10 2019 04:43:00     Synchrony Bank,   c/o Recovery Management Systems Corp,
                25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
517361529     +EDI: RMSC.COM Aug 10 2019 04:43:00     Synchrony Bank,   c/o PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
516136412     +EDI: RMSC.COM Aug 10 2019 04:43:00     Synchrony Bank/Care Credit,   950 Forrer Blvd,
                Kettering, OH 45420-1469
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Aug 09, 2019
                              Form ID: 3180W           Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516136411     +EDI: RMSC.COM Aug 10 2019 04:43:00      Synchrony Bank/Care Credit,   Attn: bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
516136414     +EDI: VERIZONCOMB.COM Aug 10 2019 04:43:00      Verizon,   500 Technology Dr,   Suite 500,
               Weldon Spring, MO 63304-2225
516136415     +EDI: VERIZONCOMB.COM Aug 10 2019 04:43:00      Verizon,   Po Box 49,   Lakeland, FL 33802-0049
516136417     +E-mail/Text: vci.bkcy@vwcredit.com Aug 10 2019 01:16:08      Volkswagen Credit, Inc,
               1401 Franklin Blvd,   Libertyville, IL 60048-4460
516136416     +E-mail/Text: vci.bkcy@vwcredit.com Aug 10 2019 01:16:08      Volkswagen Credit, Inc,   Po Box 3,
               Hillsboro, OR 97123-0003
                                                                                             TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516136378*    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court:  American Honda Finance,   201 Little Falls Dr,
               Wilmington, DE 19808)
516136376*    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court:  American Honda Finance,   Po Box 168088,   Irving, TX 75016)
516136373*    +Ally Financial,   P O Box 380901,   Bloomington, MN 55438-0901
516136372*    +Ally Financial,   Po Box 380901,   Bloomington, MN 55438-0901
516136382*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,   Po Box 982238,   El Paso, TX 79998)
516136380*    +Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516136387*    +Chase Card Services,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
516136389*    +Chase Card Services,   Po Box 15298,   Wilmington, DE 19850-5298
516136400*    +G M A C,   Po Box 105677,   Atlanta, GA 30348-5677
516136402*     Internal Revenue Service (IRS),   Department of Treasury,   P.O. Box  7346,
               Philadelphia, PA 19101-7346
516501948*    +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516831254*    +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517640037*    +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
                                                                                           TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2019 at the address(es) listed below:
```
              Albert Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates Series 2005-HE3, U.S.
               Bank National Association, as Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
               for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates Series 2005-HE3,
               U.S. Bank National Association, as Trustee NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Justin M Gillman    on behalf of Debtor David R Racioppi ecf@gbclawgroup.com,
               5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
                                                                                             TOTAL: 5
```